IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LORRAINE MASTERMONICO, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | Case No.: 05-0360 |
| | ) | |
| -vs- | ) | |
| | ) | |
| THE PRUDENTIAL INSURANCE | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, this __24th__ day of __July__, 2006, upon consideration of Plaintiff's Notice of Dismissal filed herein, the within civil action is dismissed and this case is closed.

BY THE COURT:

_____
J.